# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ramon Rosario Zazueta-Jusaino,<br>a.k.a.: Ramon Guadalupe Jusaino,<br>a.k.a.: Ramon Zazueta,<br>(A088 363 637)<br>*Defendant* | Case No. 17-384 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ramon Rosario Zazueta-Jusaino, an alien, was found in the United States of America at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about June 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about September 24, 2017, Ranger Burgess, of the Bureau of Land Management, encountered Ramon Rosario Zazueta-Jusaino during a traffic stop near Castle Hot Springs Road and the North Lake Pleasant entrance, in Peoria, Arizona. Ranger Burgess suspected Zazueta-Jusaino to be unlawfully present in the United States and contacted the Phoenix ICE Law Enforcement Response Unit for assistance. ICE Officer Suchorabski telephonically interviwed Zazueta-Jusaino and determined him to be a Mexican citizen, illegally present in the United States. On the same date, Ranger Burgess transported Zazueta-Jusaino to the Phoenix ICE office by for further investigation and processing. Zazueta-Jusaino was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ramon Rosario Zazueta-Jusaino to be a citizen of Mexico and a previously deported criminal alien. Zazueta-Jusaino was removed

1

from the United States to Mexico at or near San Ysidro, California, on or about June 11, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Zazueta-Jusaino in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Zazueta-Jusaino's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ramon Rosario Zazueta-Jusaino was convicted of Resisting Arrest, and Possession or Use of Marijuana, both felony offenses, on April 24, 2012, in the Superior Court of Arizona, Maricopa County. Zazueta-Jusaino was sentenced to one (1) year of incarceration. Zazueta-Jusaino's criminal history was matched to him by electronic fingerprint comparison

5. On September 25, 2017, Ramon Rosario Zazueta-Jusaino was advised of his constitutional rights. Zazueta-Jusaino freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 24, 2017, Ramon Rosario Zazueta-Jusaino, an alien, was found in the United States of America at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near San Ysidro, California, on or about June 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

---
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of September, 2017.

---
Michelle H. Burns,
United States Magistrate Judge